Commonwealth *v.* Kriner, Appellant.

Argued March 17, 1970. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

*Leonard J. Gajewski,* for appellant.

*Grant E. Wesner,* Assistant District Attorney, with him *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 11, 1970:
Judgment of sentence affirmed.

————

DISSENTING OPINION BY MONTGOMERY, J.:
I respectfully dissent for the reasons expressed in my dissenting opinion in the companion case, *Commonwealth v. Kriner,* 217 Pa. Superior Ct. 81, 266 A. 2d 787 (1970). Therefore, I find it unnecessary to com-

ment upon the additional contentions of appellant in support of his motion for a new trial.

HOFFMAN and CERCONE, JJ., join in this dissenting opinion.